# IN THE UNITED STATES DISTICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DATA CLOUD SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. 3:19-cv-305 <br><br> District Judge Thomas M. Rose |

## AGREED ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING FURTHER ADMINISTRATIVE ADJUDICATION

This matter is before the Court on the Parties' Joint Motion to Stay Litigation Pending Further Administrative Adjudication. By agreement of the Parties, and pursuant to the "power inherent in every court to control the disposition of the causes on its docket," Landis v. N. Am. Co., 299 U.S. 248, 254 (1936), the Court **GRANTS** the Joint Motion. Therefore, this civil action is **STAYED** until the earlier of the following two dates: (1) 120 days from the date of the Joint Motion (*i.e.,* until April 17, 2020); or (2) the date on which Defendant U.S. Citizenship and Immigration Services issues a new decision on Plaintiff's April 2018 petition for an H-1B visa. This Order contemplates that USCIS will issue a new decision within thirty (30) days of USCIS receiving Plaintiff's response to USCIS's December 6, 2019 Request for Evidence. Within five (5) days of the expiration of the stay, the Parties are **ORDERED** to submit a joint report informing the Court of the status of Plaintiff's visa petition and proposing a schedule for further proceedings.

    **IT IS SO ORDERED.**

**December 19, 2019**                                                 *s/Thomas M. Rose

                                                                                      Hon. Thomas M. Rose
                                                                                      United States District Judge